STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA M. HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Angela_Hansen@fd.org

Counsel for Defendant Valle

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON MICHAEL VALLE,<br><br>Defendant. | **Case No.:** CR 18–271 JD<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE STATUS**<br>**CONFERENCE TO NOVEMBER 14,**<br>**2018 AND TO EXCLUDE TIME** |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status conference date for Defendant Jason Valle, currently scheduled for Wednesday, September 26, 2018, before the Honorable James Donato, be continued to Wednesday, November 14, 2018, at 10:30 a.m., for a change of plea hearing or motion setting. The basis for this continuance is the need for effective preparation of defense counsel. For this reason, the parties agree and stipulate that the time until November 14, 2018, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(H)(7)(A) and (B)(iv), because the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial.

Specifically, the continuance is necessary to accommodate counsel's preparation efforts,

including conducting an evidence view, researching the advisory sentencing guidelines and interviewing witnesses.  In addition, counsel for Mr. Valle has a conflict and is not available on September 26, 2018.

IT IS SO STIPULATED.

Dated: September 25, 2018

STEVEN G. KALAR  
Federal Public Defender  
Northern District of California

/S/  
ANGELA M. HANSEN  
Assistant Federal Public Defender

Dated: September 25, 2018

ALEX TSE  
United States Attorney  
Northern District of California

/S/  
SAMANTHA SCHOTT  
Special Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 18–271 JD |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 14, 2018 AND TO EXCLUDE TIME |
| v. | |
| JASON MICHAEL VALLE, | |
| Defendant. | |

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate defense counsel's need for effective preparation. Therefore, it is ORDERED that the time from September 26, 2018, through November 14, 2018, is excluded pursuant to 18 U.S.C. §3161(H)(7)(A) and (B)(iv). Further, it is ORDERED that the status conference for Defendant Jason Valle, currently scheduled for September 26, 2018, is continued to November 14, 2018, at 10:30 a.m. for a change of plea hearing or motion setting.

**IT IS SO ORDERED.**

Dated: September 25, 2018



_____
HON.
United States District Judge

IT IS SO ORDERED
Judge James Donato